

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2015

No. 04-15-00010-CV

Pedro **MARQUEZ**, Jr.,
Appellant

v.

Lisa A. **WATKINS**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-14-89
Honorable Romero Molina, Judge Presiding

# O R D E R

The appellate record was due on February 6, 2015. The trial court clerk responsible for preparing the clerk's record filed a notification of late record on that date, stating that appellant had failed to designate and pay for, or make payment arrangements for, the preparation of the clerk's record. On February 12, 2015, we ordered appellant to provide written proof that the clerk's record and reporter's record had been requested and that payment, or payment arrangements, had been made with the trial court clerk and the court reporter. Appellant timely submitted written proof of payment or payment arrangements for both records. The clerk's record was thereafter filed on February 19, 2015. Accordingly, it is ORDERED that the reporter's record is **due no later than thirty (30) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court